UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re

DiNaso Staten Island, LLC

                        Debtor.

Involuntary Chapter 7

Case No.

---------------------------------------------------------------X

## STATEMENT IN SUPPORT OF INVOLUNTARY PETITION AND PARTIAL WAIVER OF CLAIM OF PETITIONING CREDITOR

To The Honorable Judge Presiding in
the United States Bankruptcy Court,
Eastern District of New York:

      Santander Bank, N.A. petitioning creditor ("Petitioning Creditor") in this involuntary Chapter 7 case, hereby represents and alleges as follows:

    1.    Upon information and belief, DiNaso Staten Island, LLC (the "Involuntary Debtor") has less than twelve (12) creditors.

    2.    The Involuntary Debtor owes Petitioning Creditor, as of the filing date, $8,111,728.48 ("Indebtedness") which Indebtedness is secured by substantially all of the assets of the Involuntary Debtor.

    3.    Petitioning Creditor believes, after due inquiry, that the assets of the Involuntary Debtor are insufficient to satisfy Petitioning Creditor's claim against the Involuntary Debtor and that, therefore, Petitioning Creditor is under secured.

    4.    However, to the extent that there is any question that Petitioning Creditor is not a qualified creditor pursuant to § 303(b) of the Bankruptcy Code with respect to the secured/under secured status of its claim, it hereby waives its right to its security interest in any assets of the Involuntary Debtor in the amount of, but not more than, $15,330.

609877

5. Therefore, there is an aggregate of unsecured claims of not less than $15,330, which amount exceeds the requirements of § 303(b) of the Bankruptcy Code.

Dated: Princeton, New Jersey
      January 22, 2015

SANTANDER BANK, N.A.

By: _____
John Giangrossi
619 Alexander Road, 2nd Floor
Princeton, NJ 08540