# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: DINASO STATEN ISLAND, LLC  § Case No. 1-15-40253-CEC
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGORY M. MESSER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00                              Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,261,290.85       Claims Discharged
                                                     Without Payment: N/A

Total Expenses of Administration: $294,888.49

3) Total gross receipts of $ 2,556,179.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,556,179.34 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $8,357,064.62 | $8,357,064.62 | $2,261,290.85 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 477,904.65 | 294,888.49 | 294,888.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 180,233.06 | 18,604.71 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $9,015,202.33 | $8,670,557.82 | $2,556,179.34 |

4) This case was originally filed under Chapter 7 on January 23, 2015. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/23/2017            By: /s/GREGORY M. MESSER,TRUSTEE
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| RENTS | 1222-000 | 12,000.00 |
| REAL PROPERTY, STATEN ISLAND, NEW YORK | 1210-000 | 2,543,879.34 |
| REFUND OF PHOTO COPY REQUEST FEE | 1290-000 | 300.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,556,179.34** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Santander Bank, N.A. | 4110-000 | N/A | 8,111,728.48 | 8,111,728.48 | 2,015,954.71 |
| | FINEST ABSTRACT AND TITLE SERVICES | 4700-000 | N/A | 66,281.25 | 66,281.25 | 66,281.25 |
| | FINEST ABSTRACT AND TITLE SERVICES | 4700-000 | N/A | 19,968.69 | 19,968.69 | 19,968.69 |
| | FINEST ABSTRACT AND TITLE SERVICES | 4700-000 | N/A | 19,323.89 | 19,323.89 | 19,323.89 |
| | FINEST ABSTRACT AND TITLE SERVICES | 4700-000 | N/A | 69,993.86 | 69,993.86 | 69,993.86 |
| | FINEST ABSTRACT AND TITLE SERVICES | 4700-000 | N/A | 69,768.45 | 69,768.45 | 69,768.45 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$8,357,064.62** | **$8,357,064.62** | **$2,261,290.85** |

UST Form 101-7-TDR (10/1/2010)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - GREGORY M. MESSER, TRUSTEE | 2100-000 | N/A | 99,926.38 | 79,941.10 | 79,941.10 |
| Trustee Expenses - GREGORY M. MESSER, TRUSTEE | 2200-000 | N/A | 78.57 | 78.57 | 78.57 |
| Other - PRESTIGE RESEARCH CO. | 2500-000 | N/A | 1,528.28 | 1,528.28 | 1,528.28 |
| Other - ROBINSON BROG LEINWAND AND GREENE | 3210-000 | N/A | 82,609.50 | 82,109.50 | 82,109.50 |
| Other - ROBINSON BROG LEINWAND AND GREENE | 3220-000 | N/A | 3,994.89 | 3,092.36 | 3,092.36 |
| Other - GARY LAMPERT, CPA | 3410-000 | N/A | 3,745.00 | 3,745.00 | 3,745.00 |
| Other - GARY LAMPERT, CPA | 3420-000 | N/A | 108.50 | 108.50 | 108.50 |
| Other - RONALD RAIMONDO | 3510-000 | N/A | 101,000.00 | 101,000.00 | 101,000.00 |
| Other - RONALD RAIMONDO | 3520-000 | N/A | 3,659.00 | 3,659.00 | 3,659.00 |
| Other - NYC Department of Finance | 2820-000 | N/A | 161,628.35 | 0.00 | 0.00 |
| Other - TRUSTEE RESOURCE GROUP | 2420-000 | N/A | 4,300.00 | 4,300.00 | 4,300.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.13 | 12.13 | 12.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.61 | 10.61 | 10.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.60 | 10.60 | 10.60 |
| Other - TRUSTEE INSURANCE AGENCY | 2420-750 | N/A | 1,263.94 | 1,263.94 | 1,263.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.04 | 12.04 | 12.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - FINEST ABSTRACT AND TITLE SERVICES | 2820-000 | N/A | 10,100.00 | 10,100.00 | 10,100.00 |
| Other - FINEST ABSTRACT AND TITLE SERVICES | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - FINEST ABSTRACT AND TITLE SERVICES | 2500-000 | N/A | 3,516.86 | 3,516.86 | 3,516.86 |
| Other - INTERNAL REVENUE SERVICE | 2990-000 | N/A | 300.00 | 300.00 | 300.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$477,904.65** | **$294,888.49** | **$294,888.49** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 -2 | NYC Department of Finance | 7100-000 | N/A | 161,628.35 | 0.00 | 0.00 |
| 3 | Arthur Kill Association, Ltd. | 7200-000 | N/A | 18,604.71 | 18,604.71 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $180,233.06 | $18,604.71 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-15-40253-CEC  **Trustee:** (520670) GREGORY M. MESSER, TRUSTEE
**Case Name:** DINASO STATEN ISLAND, LLC  **Filed (f) or Converted (c):** 01/23/15 (f)
  **§341(a) Meeting Date:** 09/01/15
**Period Ending:** 05/23/17  **Claims Bar Date:** 12/30/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1   RENTS  (u) | Unknown | 0.00 |  | 12,000.00 | FA |
| 2   REAL PROPERTY, STATEN ISLAND, NEW YORK (u)  566,80,523,126 INDUSTRIAL LOOP, STATEN ISLAND, NY (See Footnote) | 2,200,000.00 | 2,200,000.00 |  | 2,543,879.34 | FA |
| 3   REFUND OF PHOTO COPY REQUEST FEE  (u) | 300.00 | 300.00 |  | 300.00 | 0.00 |
| 3   **Assets   Totals** (Excluding unknown values) | **$2,200,300.00** | **$2,200,300.00** |  | **$2,556,179.34** | **$0.00** |

RE PROP# 2    *Involuntary Petition

**Major Activities Affecting Case Closing:**

9/21/15-  Retained Ron Faimondo as real estate broker.

11/16/15 - Examined the Debtor at 341(a) meeting.

1/16/16-  Brought on motion to sell real peroperty pursuant to 11  U.S.C. 363 H.

4/16/16 -  Sole real property at zuction.   Brought on motion to approve the sale.

6/16/16 - Application signed approving compensation to Real Estate Broker.

7/23/16 - Review Claims and preparing final report.

**Initial Projected Date Of Final Report (TFR):**    October 6, 2016    **Current Projected Date Of Final Report (TFR):**    September 28, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 1-15-40253-CEC  
**Case Name:** DINASO STATEN ISLAND, LLC  

**Taxpayer ID #:** **-***5508  
**Period Ending:** 05/23/17  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0566 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/11/15 | {1} | J&J DINASO BUILDING SUPPLY CO., INC. | RENTS COLLECTED | 1222-000 | 6,000.00 | | 6,000.00 |
| 09/24/15 | 101 | TRUSTEE RESOURCE GROUP | INSURANCE - GLP - 08-25-2015 - 2 | 2420-000 | | 4,300.00 | 1,700.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,690.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,680.00 |
| 11/24/15 | {1} | J&J DINASO BUILDING SUPPLY CO, INC. | RENTS COLLECTED | 1222-000 | 6,000.00 | | 7,680.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,670.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.13 | 7,657.87 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.61 | 7,647.26 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.60 | 7,636.66 |
| 03/24/16 | 102 | TRUSTEE INSURANCE AGENCY | INSURANCE PAYMENT INV. 1090 POLICY NO GLP4700214 | 2420-750 | | 1,263.94 | 6,372.72 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.04 | 6,360.68 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,350.68 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,340.68 |
| 08/26/16 | | From Account #******0567 | TRANSFER OF FUNDS | 9999-000 | 230,700.90 | | 237,041.58 |
| 08/31/16 | 103 | INTERNAL REVENUE SERVICE | REQUEST FOR TAX RETURNS | 2990-000 | | 300.00 | 236,741.58 |
| 11/14/16 | {3} | UNITED STATES TREASURY | REFUND OF PHOTO COPY REQUEST FEE | 1290-000 | 300.00 | | 237,041.58 |
| 11/21/16 | 104 | ROBINSON BROG LEINWAND AND GREENE | Dividend paid 100.00% on $82,109.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 82,109.50 | 154,932.08 |
| 11/21/16 | 105 | ROBINSON BROG LEINWAND AND GREENE | Dividend paid 100.00% on $3,092.36, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 3,092.36 | 151,839.72 |
| 11/21/16 | 106 | GARY LAMPERT, CPA | Dividend paid 100.00% on $3,745.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,745.00 | 148,094.72 |
| 11/21/16 | 107 | GARY LAMPERT, CPA | Dividend paid 100.00% on $108.50, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 108.50 | 147,986.22 |
| 11/21/16 | 108 | PRESTIGE RESEARCH CO. | Dividend paid 100.00% on $1,528.28, Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.);  Reference: | 2500-000 | | 1,528.28 | 146,457.94 |
| 11/21/16 | 109 | Santander Bank, N.A. | Final Distribution Dividend paid 24.85% on $8,111,728.48; Claim# 1; Filed: $8,111,728.48 | 4110-000 | | 66,438.27 | 80,019.67 |
| 11/21/16 | 110 | GREGORY M. MESSER, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 80,019.67 | 0.00 |

Subtotals :   $243,000.90   $243,000.90

{} Asset reference(s)

Printed: 05/23/2017 10:27 AM     V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 1-15-40253-CEC  
**Case Name:** DINASO STATEN ISLAND, LLC

**Taxpayer ID #:** **-***5508  
**Period Ending:** 05/23/17

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0566 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00%   79,941.10 on $79,941.10;  Claim# ; Filed: $99,926.38 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   78.57 on $78.57;  Claim# ; Filed: $78.57 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 243,000.90 | 243,000.90 | **$0.00** |
| | | | Less: Bank Transfers | | 230,700.90 | 0.00 | |
| | | | **Subtotal** | | **12,300.00** | **243,000.90** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,300.00** | **$243,000.90** | |

{} Asset reference(s)

Printed: 05/23/2017 10:27 AM    V.13.30

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-15-40253-CEC  
**Case Name:** DINASO STATEN ISLAND, LLC  

**Taxpayer ID #:** **-***5508  
**Period Ending:** 05/23/17  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0567 - Checking Account-  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/08/15 | {2} | MICHAEL ADLER | DEPOSIT ON SALE OF REAL PROPERTY | 1210-000 | 220,000.00 | | 220,000.00 |
| 03/01/16 | {2} | MICHAEL ADLER, ESQ. | ADDITIONAL DEPOSIT ON SALE OF PROPERTY | 1210-000 | 32,500.00 | | 252,500.00 |
| 03/23/16 | 101 | TRUSTEE INSURANCE AGENCY - SENECA | COMMERCIAL LIABILITY INSURANCE Stopped on 03/24/16 | 2420-000 | | 8,722.00 | 243,778.00 |
| 03/24/16 | 101 | TRUSTEE INSURANCE AGENCY - SENECA | COMMERCIAL LIABILITY INSURANCE Stopped: check issued on 03/23/16 | 2420-000 | | -8,722.00 | 252,500.00 |
| 04/08/16 | {2} | LOOP INDUSTRIAL INC. | BALANCE OF PAYMENT ON SALE | 1210-000 | 2,291,379.34 | | 2,543,879.34 |
| 04/12/16 | 102 | FINEST ABSTRACT AND TITLE SERVICES | CLOSING COST ON SALE Stopped on 04/26/16 | 2500-000 | | 259,003.86 | 2,284,875.48 |
| 04/12/16 | 103 | SANTANDER BANK, N.A. | MORTGAGE PAYOFF | 4110-000 | | 1,949,516.44 | 335,359.04 |
| 04/26/16 | 102 | FINEST ABSTRACT AND TITLE SERVICES | CLOSING COST ON SALE Stopped: check issued on 04/12/16 | 2500-000 | | -259,003.86 | 594,362.90 |
| 04/26/16 | 104 | FINEST ABSTRACT AND TITLE SERVICES | CLOSING COSTS ON SALE (REPLACEMENT CHECK) | | | 259,003.00 | 335,359.90 |
| | | | NYC Transfer Tax        66,281.25 | 4700-000 | | | 335,359.90 |
| | | | NYS Transfer Tax        10,100.00 | 2820-000 | | | 335,359.90 |
| | | | City Recording Fee-        50.00<br>Sat/Rel | 2500-000 | | | 335,359.90 |
| | | | Real Estate taxes Lot    19,968.69<br>165 | 4700-000 | | | 335,359.90 |
| | | | Real Estate Taxes Lot    19,323.89<br>176 | 4700-000 | | | 335,359.90 |
| | | | Real Estate Taxes Lot    69,993.86<br>181 | 4700-000 | | | 335,359.90 |
| | | | Real Estate Taxes Lot    69,768.45<br>186 | 4700-000 | | | 335,359.90 |
| | | | Water/Sew Lot 186 (Hud    3,516.86<br>states 3,517.72 -<br>difference of .86 cents<br>per HUD) | 2500-000 | | | 335,359.90 |
| 08/02/16 | 105 | RONALD RAIMONDO | REAL ESTATE BROKER FEES AND EXPENSES | | | 104,659.00 | 230,700.90 |
| | | RONALD RAIMONDO | TRUSTEE REAL        101,000.00<br>ESTATE BROKER | 3510-000 | | | 230,700.90 |
| | | RONALD RAIMONDO | REALESTATE        3,659.00<br>BROKERS EXPENSES | 3520-000 | | | 230,700.90 |
| 08/26/16 | | To Account #******0566 | TRANSFER OF FUNDS | 9999-000 | | 230,700.90 | 0.00 |

Subtotals :     $2,543,879.34     $2,543,879.34

{} Asset reference(s)

Printed: 05/23/2017 10:27 AM     V.13.30

Case 1-15-40253-cec    Doc 76    Filed 05/30/17    Entered 05/30/17 18:19:35

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 1-15-40253-CEC  
**Case Name:** DINASO STATEN ISLAND, LLC  

**Taxpayer ID #:** **-***5508  
**Period Ending:** 05/23/17  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0567 - Checking Account-  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 2,543,879.34 | 2,543,879.34 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 230,700.90 | |
| | | | **Subtotal** | | 2,543,879.34 | 2,313,178.44 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,543,879.34** | **$2,313,178.44** | |

Net Receipts :   2,556,179.34  
─────────  
Net Estate :   $2,556,179.34  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0566** | 12,300.00 | 243,000.90 | 0.00 |
| **Checking # ******0567** | 2,543,879.34 | 2,313,178.44 | 0.00 |
| | $2,556,179.34 | $2,556,179.34 | $0.00 |

{} Asset reference(s)   Printed: 05/23/2017 10:27 AM   V.13.30